IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

_____

CHRISTINA HERRERA,

      Plaintiff,

v.                                            No. CV 16-00034 WJ/CG

LAS CRUCES PUBLIC SCHOOLS,
BELINDA LOPEZ, and CRISTINA SALAZAR,

      Defendants.

## JUDGMENT

THIS MATTER came before the Court upon Defendants Las Cruces Public Schools, Belinda Lopez, and Cristina Salazar's ("Defendants") 12(b)(6) Motion to Dismiss Plaintiff's First and Second Causes of Action for Failure to State a Claim Upon Which Relief Can Be Granted (**Doc. 5**), filed January 14, 2016. Pursuant to the findings and conclusions set forth in the Order which accompanies this Rule 58 Judgment (**Doc. 20**), the Court finds that Defendants' Motion is well taken and therefore granted, and that the claims against Defendants should be dismissed with prejudice.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that all claims in this action are hereby DISMISSED WITH PREJUDICE, thus disposing of this case in its entirety.

_____
UNITED STATES DISTRICT JUDGE