**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CHIRSTINA HERRERA,

   Plaintiff,

v.            No. 2:16-cv-00034-WJ-CG

LAS CRUCES PUBLIC SCHOOLS, et al.

   Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO SEAL**

 **THIS MATTER** comes before the Court on the Plaintiff's *Unopposed Motion to Seal Documents in the Record from Public Access*, (Doc. 31), filed October 10, 2016. The Court, having reviewed the Motion, being fully advised of the premises, and noting that it is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

 **IT IS HEREBY ORDERED** that Doc. 5-1 and Doc 22, pp. 7, 12, 14, and 15, shall be sealed from public access.

          _____
          THE HONORABL CARMEN E. GARZA
          UNITED STATES MAGISTRATE JUDGE